UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND, LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated, | CIVIL ACTION NO. 2:11-00926<br>LMA - JCW |
| v. | |
| TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals, | |

### MOTION OF DEFENDANT, TOM SCHEDLER, IN HIS OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, TO DISMISS UNDER RULE 12(b)

NOW INTO COURT, through undersigned counsel, comes Defendant, Tom Schedler, in his capacity as Louisiana Secretary of State, who moves to dismiss the plaintiffs complaint, all as more fully set forth in the Memorandum in Support filed herewith, for the following reasons:

    A.    This Court should dismiss plaintiffs' claims for relief for failure to satisfy the requirements of 42 U.S.C. 1973gg-9(b) prior to filing suit;

    B.    This Court should dismiss the complaint of Louisiana Conference of the NAACP because it lacks standing to sue;

    C.    This Court should dismiss the plaintiffs' action for declaratory relief because it seeks to adjudicate past conduct;

D. This Court lacks subject matter jurisdiction over the plaintiffs' second claim for relief because the Eleventh Amendment bars all state law claims for injunctive or declaratory relief; and

E. This Court should dismiss the plaintiffs' claims for imposition of a court-approved plan of reporting and monitoring because the NVRA does not require court-approved reporting and monitoring.

WHEREFORE, Defendant, Tom Schedler, in his official capacity as Louisiana Secretary of State, prays that this Court issue an Order granting his Motion To Dismiss and dismissing the plaintiffs' Complaint with prejudice.

Respectfully Submitted:

s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
918 Government Street, Suite 101
P.O. Box 3036
Baton Rouge, LA 70821
Telephone: (225) 387-0511
Facsimile: (225) 387-3198
Email: celiacan@bellsouth.net

Attorney for Defendant, Tom Schedler in his official capacity as Louisiana Secretary of State

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing "Motion of Defendant Tom Schedler, In His Official Capacity as Louisiana Secretary of State, To Dismiss Under Rule 12(b)" was sent electronically or via U.S. First Class Mail, postage prepaid, to the following:

Ronald L. Wilson (cabral2@aol.com)
710 Poydras Street, Suite 4100
New Orleans, LA 70139

Kristen Clarke (kclarke@naacpldf.org)
Dale Ho (dho@naacpldf.org)
Natasha Korgaonkar
(nkorgaonkar@naacpldf.org)
99 Hudson Street, Suite 1600
New York, NY 10013

Nicole K. Zeitler
(nzeitler@projectvote.org)
737 ½ 8th Street SE
Washington, DC 20003

William P. Bryan, III
(bryanb@ag.state.la.us )
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70804

Stephen R. Russo (srusso@la.gov)
David McCay (david.mccay@la.gov)
Douglas L. Cade (douglas.cade@la.gov)
Kimberly L. Humbles (kim.humbles@la.gov)
Department of Health & Hospitals
Bureau of Legal Services
Bienville Blvd.
628 N. 4th Street
Baton Rouge, LA 70802

Amy Colby (amy.colby@la.gov)
Celia Alexander (celia.alexander@la.gov)
Bureau of General Counsel
Louisiana Department of Children and Family Services
P.O. Box 1887
Baton Rouge, LA 70821

      Baton Rouge, Louisiana, this 2nd day of June, 2011.

      s/Celia R. Cangelosi
      CELIA R. CANGELOSI