UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND, LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated, | CIVIL ACTION NO. 2:11-00926 LMA - JCW |
| v. | |
| TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals, | |

ORDER

Considering the foregoing motion filed on behalf of defendant Tom Schedler to dismiss the plaintiffs' Complaint,

**IT IS ORDERED** that the motion is **GRANTED** and that the Complaint filed on behalf of plaintiffs Roy Ferrand, Luther Scott, Jr., and the Louisiana State Conference of the NAACP, for themselves and all other persons similarly situated, is dismissed with prejudice.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
Lance M. Africk
United States District Judge