UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND, LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated, | CIVIL ACTION NO. 2:11-00926 LMA - JCW |
| v. | |
| TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals, | |

## NOTICE BY DEFENDANT, TOM SCHEDLER, OF SUBMISSION OF MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, Tom Schedler, in his official capacity as Louisiana Secretary of State, who, pursuant to LR 7.2, notices his Motion to Dismiss filed on June 2, 2011 for submission on July 6, 2011.

**WHEREFORE,** Defendant, Tom Schedler, in his official capacity as Louisiana Secretary State, prays that his Motion to Dismiss be noticed for submission on July 6, 2011.

Respectfully Submitted:

s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
918 Government Street, Suite 101
P.O. Box 3036
Baton Rouge, LA 70821
Telephone: (225) 387-0511
Facsimile: (225) 387-3198
Email:  celiacan@bellsouth.net

Attorney for Defendant, Tom Schedler in his official capacity as Louisiana Secretary of State

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing "Notice By Defendant, Tom Schedler, of Submission of Motion To Dismiss" was sent electronically or via U.S. First Class Mail, postage prepaid, to the following:

Ronald L. Wilson (cabral2@aol.com)
710 Poydras Street, Suite 4100
New Orleans, LA 70139

Kristen Clarke (kclarke@naacpldf.org)
Dale Ho (dho@naacpldf.org)
Natasha Korgaonkar
(nkorgaonkar@naacpldf.org)
99 Hudson Street, Suite 1600
New York, NY 10013

Nicole K. Zeitler
(nzeitler@projectvote.org)
737 ½ 8th Street SE
Washington, DC 20003

William P. Bryan, III
(bryanb@ag.state.la.us )
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70804

Stephen R. Russo (srusso@la.gov)
David McCay (david.mccay@la.gov)
Douglas L. Cade (douglas.cade@la.gov)
Kimberly L. Humbles (kim.humbles@la.gov)
Department of Health & Hospitals
Bureau of Legal Services
Bienville Blvd.
628 N. 4th Street
Baton Rouge, LA 70802

Amy Colby (amy.colby@la.gov)
Celia Alexander (celia.alexander@la.gov)
Bureau of General Counsel
Louisiana Department of Children and Family Services
P.O. Box 1887
Baton Rouge, LA 70821

      Baton Rouge, Louisiana, this 2nd day of June, 2011.

                                          s/Celia R. Cangelosi
                                          CELIA R. CANGELOSI