UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND, LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated, | CIVIL ACTION NO. 2:11-00926 LMA - JCW |
| v. | |
| TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals, | |

<u>REQUEST OF DEFENDANT, TOM SCHEDLER,
FOR ORAL ARGUMENT
ON MOTION TO DISMISS</u>

NOW INTO COURT, through undersigned counsel, comes Defendant, Tom Schedler, in his official capacity as Louisiana Secretary of State, who requests that this Court grant oral argument, pursuant to LR 78.1, on his Motion to Dismiss pursuant to Fed. R. Civ. P. 12, for the following reasons:

1.

The plaintiffs in this matter have filed suit under 42 U.S.C. § 1973gg et seq., the National Voter Registration Act (NVRA) seeking declaratory and injunctive relief, imposition of court-approved reporting and monitoring, and costs, and attorney's fees.

2.

Although some jurisprudence on the NVRA exists, many of the issues in dispute in this case have not been litigated or decided previously.

3.

Among those issues of first impression are the adequacy of notice under 42 U.S.C. 1973gg-9(b)(2), standing of an organization to assert this claim under the NVRA, the use of declaratory judgment to adjudicate past conduct, and the legitimacy of seeking judicial relief which expands the duties of state agencies beyond those contained in the NVRA.

4.

Because many of the issues in the case have not been resolved in prior jurisprudence, defendant Schedler believes that oral argument will assist the Court in deciding the motions.

**WHEREFORE,** Defendant, Tom Schedler, in his official capacity as Louisiana Secretary of State, prays that this Court allow oral argument on his Motion to Dismiss, as permitted by LR 78.1.

Respectfully Submitted:

s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
918 Government Street, Suite 101
P.O. Box 3036
Baton Rouge, LA 70821
Telephone: (225) 387-0511
Facsimile: (225) 387-3198
Email:  celiacan@bellsouth.net

Attorney for Defendant, Tom Schedler in his official capacity as Louisiana Secretary of State

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the above and foregoing "Request of Defendant, Tom Schedler, for Oral Argument on Motion To Dismiss" was sent electronically or via U.S. First Class Mail, postage prepaid, to the following:

Ronald L. Wilson (cabral2@aol.com)
710 Poydras Street, Suite 4100
New Orleans, LA 70139

Kristen Clarke (kclarke@naacpldf.org)
Dale Ho (dho@naacpldf.org)
Natasha Korgaonkar
(nkorgaonkar@naacpldf.org)
99 Hudson Street, Suite 1600
New York, NY 10013

Nicole K. Zeitler
(nzeitler@projectvote.org)
737 ½ 8th Street SE
Washington, DC 20003

William P. Bryan, III
(bryanb@ag.state.la.us )
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70804

Stephen R. Russo (srusso@la.gov)
David McCay (david.mccay@la.gov)
Douglas L. Cade (douglas.cade@la.gov)
Kimberly L. Humbles (kim.humbles@la.gov)
Department of Health & Hospitals
Bureau of Legal Services
Bienville Blvd.
628 N. 4th Street
Baton Rouge, LA 70802

Amy Colby (amy.colby@la.gov)
Celia Alexander (celia.alexander@la.gov)
Bureau of General Counsel
Louisiana Department of Children and Family Services
P.O. Box 1887
Baton Rouge, LA 70821

  Baton Rouge, Louisiana, this 2nd day of June, 2011.

            s/Celia R. Cangelosi
            CELIA R. CANGELOSI