UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND, LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated, | CIVIL ACTION NO. 2:11-00926 LMA - JCW |
| v. | |
| TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals, | |

ORDER

Considering the foregoing request for oral argument filed on behalf of defendant, Tom Schedler, with respect to his Motion To Dismiss,

**IT IS ORDERED** that the request is **GRANTED** and oral argument will be allowed at the hearing on the Motion to Dismiss filed on behalf of defendant Schedler.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
Lance M. Africk
United States District Judge