UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND, LUTHER SCOTT, JR., and LOUSIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals,<br><br>     Defendants. | Civil Action No. 11-cv-926 |

ORDER GRANTING MOTION TO WITHDRAW

This matter is before the court on plaintiffs' motion to withdraw as counsel Nicole K. Zeitler. The motion is granted.

               Entered for the Court,

               _____