## Curren-Landrieu, LLC

Visiti our website at www.currenland.com
749 Aurora Avenue
Suite 4
Metairie, LA 70005-2527
Phone: (504) 833-3330   Fax: (504) 833-3355

**Invoice**

Thursday, May 17, 2012    18272KH

Celia R. Cangelosi
Law Office of Celia R. Cangelosi
918 Government Street
Suite 101
Baton Rouge, LA 70802

Phone:  (225) 387-0511    Fax: (225) 387-3198

| | |
|---|---|
| **Witness:** | Luther Scott, Jr. |
| **Case:** | Roy Ferrand, et al v. Tom Schedler, et al |
| **Venue:** | Eastern District of Louisiana |
| **Case #:** | 11-cv-926 |
| **Date:** | 5/10/2012 |
| **Start Time:** | 10:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Greta Ridgley |
| **Claim #:** | |
| **File #:** | 370MJB3 |

Reporting & Transcribing
Furnishing Compressed Transcript
Exhibits Tabbed & Bound

| | |
|---|---|
| Sub Total | $417.50 |
| Payments | $0.00 |
| Balance Due | $417.50 |

Fed. I.D. # 01-0793130
*Thank you for your business!*

5.24.12
P Chesne - Legal Divs

# Curren-Landrieu, LLC

Visit our website at www.currenland.com
749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330     Fax: (504) 833-3355

# Invoice

Wednesday, June 13, 2012     18425KH

Celia R. Cangelosi
Law Office of Celia R. Cangelosi
918 Government Street
Suite 101
Baton Rouge, LA 70802

Phone: (225) 387-0511     Fax: (225) 387-3198

| | |
|---|---|
| **Witness:** | Ernest L. Johnson |
| **Case:** | Roy Ferrand, et al v. Tom Schedler, et al |
| **Venue:** | Eastern District of Louisiana |
| **Case #:** | 11-cv-926 |
| **Date:** | 6/6/2012 |
| **Start Time:** | 10:00 AM |
| **End Time:** | :0 |
| **Reporter:** | Greta Ridgley |
| **Claim #:** | |
| **File #:** | 900PC2 |

Reporting & Transcribing
Expedited Transcription - Three to Five Days
Exhibits Tabbed & Bound
Furnishing Compressed Transcript

| | |
|---|---|
| Sub Total | $663.40 |
| Payments | $0.00 |
| Balance Due | $663.40 |

Fed. I.D. # 01-0793130
*Thank you for your business!*

approved by legal R

## Curren-Landrieu, LLC

Visit our website at www.currenland.com
749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330    Fax: (504) 833-3355

# Invoice

Wednesday, June 13, 2012 | 18427KH

Celia R. Cangelosi
Law Office of Celia R. Cangelosi
918 Government Street
Suite 101
Baton Rouge, LA 70802

Phone: (225) 387-0511    Fax: (225) 387-3198

| | |
|---|---|
| Witness: | Reverend Edward W. "Chipps" Taylor, III |
| Case: | Roy Ferrand, et al v. Tom Schedler, et al |
| Venue: | Eastern District of Louisiana |
| Case #: | 11-cv-926 |
| Date: | 6/6/2012 |
| Start Time: | 11:00 AM |
| End Time: | : 0 |
| Reporter: | Greta Ridgley |
| Claim #: | |
| File #: | 3564PC |

Reporting & Transcribing
Furnishing Compressed Transcript
Expedited Transcription - Three to Five Days
Exhibits Tabbed & Bound

| | |
|---|---|
| Sub Total | $808.50 |
| Payments | $0.00 |
| Balance Due | $808.50 |

Fed. I.D. # 01-0793130

*Thank you for your business!*

*Approved by legal ; PC*

## Curren-Landrieu, LLC

Visit our website at www.currenland.com

749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330    Fax: (504) 833-3355

# Invoice

Wednesday, June 13, 2012    18423KH

Celia R. Cangelosi
Law Office of Celia R. Cangelosi
918 Government Street
Suite 101
Baton Rouge, LA 70802

Phone:    (225) 387-0511    Fax:    (225) 387-3198

| | |
|---|---|
| Witness: | Alice Harris Lewis, Alvin Louis and Jerome Boykin |
| Case: | Roy Ferrand, et al v. Tom Schedler, et al |
| Venue: | Eastern District of Louisiana |
| Case #: | 11-cv-926 |
| Date: | 6/7/2012 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | Greta Ridgley |
| Claim #: | |
| File #: | 901PC2 |

Reporting & Transcribing
Expedited Transcription - Three to Five Days
Exhibits Tabbed & Bound
Furnishing Compressed Transcript

| | |
|---|---|
| Sub Total | $675.50 |
| Payments | $0.00 |
| Balance Due | $675.50 |

Fed. I.D. # 01-0793130

*Thank you for your business!*

approved by legal: PC

# Curren-Landrieu, LLC

Visiti our website at www.currenland.com
749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330   Fax: (504) 833-3355

# Invoice

Thursday, August 02, 2012    18674KH

Celia R. Cangelosi
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Phone:                Fax:

| | |
|---|---|
| **Witness:** | Luther Scott, Jr. |
| **Case:** | Roy Ferrand, et al v. Tom Schedler, et al |
| **Venue:** | Eastern District of Louisiana |
| **Case #:** | 11-cv-926 |
| **Date:** | 7/31/2012 |
| **Start Time:** | 12:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | Greta Ridgley |
| **Claim #:** | |
| **File #:** | 3591PC |

Reporting & Transcribing
Expedited Transcription - Overnight
Furnishing Compressed Transcript

| | |
|---|---|
| Sub Total | $170.60 |
| Payments | $0.00 |
| Balance Due | $170.60 |

Fed. I.D. # 01-0793130

*Thank you for your business!*

# Curren-Landrieu, LLC

Visiti our website at www.currenland.com
749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330    Fax: (504) 833-3355

# Invoice

Thursday, August 02, 2012    18672KH

Celia R. Cangelosi
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Phone:                Fax:

| | |
|---|---|
| **Witness:** | Louisiana State Conference of the NAACP |
| **Case:** | Roy Ferrand, et al v. Tom Schedler, et al |
| **Venue:** | Eastern District of Louisiana |
| **Case #:** | 11-cv-926 |
| **Date:** | 7/31/2012 |
| **Start Time:** | 8:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Greta Ridgley |
| **Claim #:** | |
| **File #:** | 1100PC2 |

Reporting & Transcribing
Expedited Transcription - Overnight
Exhibits Tabbed & Bound
Furnishing Compressed Transcript

| | |
|---|---|
| Sub Total | $1,191.30 |
| Payments | $0.00 |
| Balance Due | $1,191.30 |

Fed. I.D. # 01-0793130

*Thank you for your business!*