MINUTE ENTRY
MILAZZO, J.
OCTOBER 16, 2012

JS-10: 07:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND ET AL | CIVIL ACTION |
| VERSUS | NO. 11-926 |
| TOM SCHEDLER, ET. AL. | SECTION "H"(2) |

**BENCH TRIAL**
(Continued from October 15, 2012)

CASE MANAGER: ERIN MCNAMARA
COURT REPORTER: SUSAN ZIELIE
LAW CLERK: STEPHANIE MURPHY

APPEARANCES:   DALE HO, NATASHA KORGAONKAR, ERICA SOLLIE, DAVID YELLIN, JESSE LOFFLER, MICHAEL B. DE LEEUW, SARAH BRANNON, MICHELLE RUPP, NIYATI SHAH for Plaintiffs, Luther Scott, Jr. and Louisiana State Conference of the NAACP
CELIA CANGELOSI & CAREY JONES, for Tom Schedler (SOS), in his official capacity as Louisiana Secretary of State
DOUGLAS L. CADE, AMY LAMBERT, HARRY JOSEPH PHILIPS , JR., KATIA DESROULEAUX BOWMAN, BRANDON JAMES BABINEAUX, REBECCA CLAIRE CLEMENT, for Bruce D Greenstein (DHH), in his official capacity as Secretary for the Louisiana Department of Health and Hospitals
CELIA WILLIAMS-ALEXANDER, EBONI M. TOWNSEND, AMY LAMBERT, HARRY JOSEPH PHILIPS , JR., KATIA DESROULEAUX BOWMAN, for Suzy Sonnier (DCFS), in her official capacity as Secretary for the Louisiana Department of Children and Family Services

An In-chambers Status Conference begins at 8:10 a.m.
Court begins at 9:10 a.m.
All present and ready.

Plaintiffs' Exhs 53, 54 pages SOS 2968-2977, & 55 admitted into the record.
Stipulation entered by counsel for SOS stating that training was not conducted at DCFS on the National Voter Registration Acvt (NVRA).

Plaintiffs' witness, Luther Scott, Jr., sworn in to testify.
SOS Exh 6 offered and admitted into the record.
SOS Exh 7 (page 2) and SOS Exhibit 10 (page 27 line 24- page 29 line 15 & page 38 line 18-page 39 line 10) proffered.
DCFS Exh 5 & 7(A) offered and admitted. (It is noted for the record that DCFS Exh 5 is the same as Plaintiffs' Exh 146).

Plaintiffs' witness, Dr. Ernest Johnson, sworn in to testify.

Court recessed at 12:30 p.m.
Court back in session at 2:10 p.m.

Plaintiffs' witness, Rev. Edward Taylor, III, sworn in to testify.
Plaintiffs' Exhs 238 & 239 offered and admitted. (Plaintiff moves to amend its P-239 to exclude the last 4 pages).
Plaintiffs' Exh 241 & 244 offered, objected to, not admitted.
SOS Exh 38, 39, 40, 56, 57, 60 offered and admitted.

DHH witness, Suzy Sonnier, sworn in to testify.

Court recessed at 5:20 p.m. until Wed., October 17, 2012.