UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND, LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated, | CIVIL ACTION NO. 2:11-00926 JTM - JCW |
| v. | |
| TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals, | |

OPPOSITION OF DEFENDANT SCHEDLER TO "PLAINTIFFS' MOTION TO AMEND CAPTION" (DOC 423)

MAY IT PLEASE THE COURT:

Defendant, Tom Schedler in his official capacity as Louisiana Secretary of State, opposes Plaintiffs' Motion To Amend Case Caption (Doc 423) and can locate no authority in law for changing a case caption other than for misnomers and such in the designation of the original parties to the lawsuit. Fed.R.Civ.P. 10(a) only applies to the original filing at the time suit was filed. There is no authority or procedure for changing a case when a party who was properly and correctly named was dismissed from the suit, or when a party changes a theory, or fails to have a class certified. Imagine the numerous times a case caption would

have to be changed in most suits if that were the case.

The only authority located for changing a caption is Fed.R.Civ.P. 15(a), which does not seem to apply. A case providing a good discussion of the limited circumstances justifying a change of caption is *United States v. United Federation of Teachers Education Foundation, Inc.*, 241 F.R.D. 146 (E.D. N.Y. 2007). However, in that case, the parties were ordered to file an amended pleading in order to be able to effectuate a change of case caption.

Inasmuch as no authority exists for the relief requested by plaintiffs here, the Secretary of State submits that the motion to change the caption should be denied.

        Respectfully Submitted:

        s/Celia R. Cangelosi
        CELIA R. CANGELOSI
        Bar Roll No. 12140
        918 Government Street, Suite 101
        P.O. Box 3036
        Baton Rouge, LA 70821
        Telephone: (225) 387-0511
        Facsimile: (225) 387-1973
        Email: celiacan@bellsouth.net

        s/Carey T. Jones
        CAREY T. JONES
        Bar Roll No. 07474
        8115 Vincent Road
        P.O. Box 700
        Denham Springs, LA 70727
        Telephone: (225) 664-0077
        Facsimile:   (225) 664-9477
        tjones@tomjoneslaw.com

        *Attorneys for Defendant, Tom Schedler in his official capacity as Louisiana Secretary of State*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing "Opposition of Defendant Schedler to 'Plaintiffs' Motion To Amend Caption' (Doc 423)" was sent electronically via the Court electronic filing system to the following:

Ronald L. Wilson (cabral2@aol.com)
Dale Ho (dho@naacpldf.org)
Natasha Korgaonkar (nkorgaonkar@naacpldf.org)
Ryan P. Haygood (rhaygood@naacpldf.org)
Niyati Shah (nshah@projectvote.org)
Michelle Rupp (mrupp@projectvote.org)
Sarah Brannon (sbrannon@projectvote.org)
Israel David (israel.david@friedfrank.com)
Michael B. De Leeuw (michael.deleeuw@friedfrank.com)
Erica Sollie
David Yellin
Jesse Ryan Loffler

*Counsel for Plaintiffs*

Stephen R. Russo (stephen.russo@la.gov)
David McCay (david.mccay@la.gov)
Douglas L. Cade (douglas.cade@la.gov)
Kimberly L. Humbles (kim.humbles@la.gov)
Rebecca Claire Clement (rebecca.clement@la.gov)
Brandon James Babineaux (brandon.babineaux@la.gov)
Harry Philips, Jr. (skip.philips@taylorporter.com)
Amy C. Lambert (amy.lambert@taylorporter.com)
Katia Desrouleaux (katia.desrouleaux@taylorporter.com)
Celia Alexander (celia.alexander@la.gov)
Eboni Townsend (eboni.townsend@la.gov)
Charles L. Dirks, III (charliedirks@gmail.com)

*Counsel for Defendants*

Baton Rouge, Louisiana, this 20th of November, 2012.

                s/Celia R. Cangelosi
                CELIA R. CANGELOSI