UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROY FERRAND, ET AL | * | CIVIL ACTION NO. 11-926 |
|     Plaintiffs | * | |
| | * | SECTION: H |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | MAGISTRATE: 2 |
| TOM SCHEDLER, ET AL | * | MAG. JOSEPH C. WILKINSON, JR. |
| | * | |
|     Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On November 13, 2012 Plaintiffs filed a Motion to Amend the Case Caption. (R. Doc. 423.) Defendant Schedler opposed the Motion, therefore the Motion was set for submission on December 5, 2012. Plaintiffs then requested an expedited submission date which was granted by the Court. (R. Docs. 424-425.) Accordingly, the Motion was taken under submission on November 28, 2012.

Considering the arguments of the parties;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend the Case Caption is GRANTED. The caption of this matter is amended to read:

LUTHER SCOTT, JR. and LOUISIANA STATE CONFERENCE OF THE NAACP, Plaintiffs,

versus

TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, SUZY SONNIER, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals, Defendants.

New Orleans, Louisiana this 3rd day of December, 2012.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE