UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUTHER SCOTT, ET AL | * | CIVIL ACTION NO. 11-926 |
| Plaintiffs | * | |
| | * | SECTION: H |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| | * | MAGISTRATE: 2 |
| TOM SCHEDLER, ET AL | * | MAG. JOSEPH C. WILKINSON, JR. |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PERMANENT INJUNCTION**

In accordance with the Court's Findings of Fact and Conclusions of Law, entered in the record on January 22, 2013, the Court now enters this permanent injunction:

Defendants Tom Schedler, in his official capacity as the Louisiana Secretary of State, Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children and Family Services, and Bruce Greenstein, in his official capacity as Secretary of the Louisiana Department of Health and Hospitals, have violated the requirements of the National Voter Registration Act, 42 U.S.C. § 1973gg, *et. seq.*

Accordingly, **IT IS HEREBY ORDERED:**

That the Secretary of the Department of Health & Hospitals is directed to maintain in force and effect his or her policies, procedures, and directives, as revised, relative to the implementation of the National Voter Registration Act with respect to all qualifying programs under his or her administration. As to any program for which the Secretary has not achieved substantial compliance with the provisions of the National Voter Registration Act, 42 U.S.C. § 1973gg, *et. seq.*, the Secretary is directed to implement such policies, procedures, and directives as to each program no later than March 15, 2013, and certify such compliance to this Court.

That the Secretary of the Department of Children and Family Services is directed to maintain in force and effect his or her policies, procedures, and directives, as revised, relative to the implementation of the National Voter Registration Act with respect to all qualifying programs under his or her administration. As to any program for which the Secretary has not achieved substantial compliance with the provisions of the National Voter Registration Act, 42 U.S.C. § 1973gg, *et. seq.*, the Secretary is directed to implement such policies, procedures, and directives as to each program no later than March 15, 2013, and certify such compliance to this Court.

That the Secretary of State is directed to maintain in force and effect his or her policies, procedures, and directives, as revised, relative to the implementation of the National Voter Registration Act with respect coordination of the National Voter Registration Act within Louisiana. As to any program for which the Secretary has not achieved substantial compliance with the provisions of the National Voter Registration Act, 42 U.S.C. § 1973gg, *et. seq.*, the Secretary is

directed to implement such policies, procedures, and directives as to each program no later than March 15, 2013, and certify such compliance to this Court.

The Court finds that the Department of Children and Family Services and the Department of Health and Hospitals are currently in substantial compliance, or are making extensive good faith efforts to comply with the National Voter Registration Act as to the programs under his or her respective administrations. Accordingly, the Court will not require monitoring or further reporting.

The Court shall retain jurisdiction over this matter following the entry of this Order for a period of one (1) year.

Before filing a motion seeking enforcement by this Court of the terms of this Order, Plaintiffs shall provide Defendants with written notice of any claim of breach of this Order. Defendants shall have thirty days to respond to such notice, and then another sixty days from the time of their response to resolve the complaint. If no agreement is reached within this period, the Plaintiffs may seek relief from this Court.

New Orleans, Louisiana on this 23rd day of January, 2013.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**