UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>        Plaintiffs,<br><br> v.<br><br>TOM SCHEDLER, in his official capacity as the Louisiana Secretary of State, SUZY SONNIER, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals,<br><br>        Defendants. | Civil Action No. 2:11-cv-00926-JTM-JCW<br>Section "H" |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SET ATTORNEYS' FEES AND COSTS**

Plaintiffs file this memorandum in support of Plaintiffs' Consent Motion for Extension of Time to File Motion to Set Attorneys' Fees and Costs because, although counsel has worked diligently since the Findings of Fact and Conclusions of Law (Doc. No. 436) were entered in this case, ordering Plaintiffs to file a motion to set attorneys' fees and costs within 21 days, the volume of records and the confluence of several unanticipated events has made this request necessary for good cause discussed below.  Defendants do not object to this motion.

**ARGUMENT**

Federal Rule of Civil Procedure 6(b)(1) states, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with

or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

Plaintiffs' counsel has worked diligently to pull together almost two years of billing records and expenses, but the sheer mass of records which must be reviewed by counsel – and which counsel is meticulously examining to ensure the reasonableness of our requested award, in addition to the attention simultaneously required of counsel to attend to other cases, including *Shelby County, AL v. Holder*, 670 F.3d 848, (D.C. Cir. 2012), *cert. granted*, (No.12-96), currently pending before the U.S. Supreme Court, and the business interruptions which are occurring in New York today, Friday, February 8, 2013 and throughout the weekend on account of severe winter storm Nemo, requires this request for a short, two-week extension of time to file our motion. Furthermore, one of Plaintiffs' counsel, Ron Wilson, has been occupied for the past several weeks with a personal medical emergency, and as such has not yet been able to review the time and expenses billed in this matter.

Plaintiffs have contacted all Defendants and they have all consented to this extension.

## CONCLUSION

For the aforementioned reasons, Plaintiffs respectfully request that this Court grant this consent motion for extension of time to file their motion to set attorneys' fees and costs and extend the time for filing said motion until Tuesday, February 26, 2013.

Dated: February 8, 2013

                                                       Respectfully submitted,

                                  /s/ Sarah Brannon
                                  Sarah Brannon (sbrannon@projectvote.org)*
                                  Niyati Shah (nshah@projectvote.org)*
                                  Michelle Rupp (mrupp@projectvote.org)*
                                  Project Vote

1350 Eye Street NW , Suite 1250
Washington, DC 20005
202-546-4173
*MOTION FOR ADMISSION PRO HAC VICE GRANTED

Dale E. Ho (dho@naacpldf.org)*
Natasha M. Korgaonkar (nkorgaonkar@naacpldf.org)*
Debo P. Adegbile
Elise C. Boddie
Ryan P. Haygood (rhaygood@naacpldf.org)*
NAACP Legal Defense & Educational Fund, Inc. (New York)
99 Hudson Street, Suite 1600
New York, NY 10013
212-965-2200
*MOTION FOR ADMISSION PRO HAC VICE GRANTED

Ronald Lawrence Wilson (cabral2@aol.com)
Ronald L. Wilson, Attorney at Law
701 Poydras Street, Suite 4100
New Orleans, LA 70139
504-525-4361

Michael B. de Leeuw (michael.deleeuw@friedfrank.com)*
Israel David (israel.david@friedfrank.com)*
Erica Sollie*
Jesse Ryan Loffler*
David Yellin*
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
*MOTION FOR ADMISSION PRO HAC VICE GRANTED

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th of February, 2013, I electronically filed the foregoing Notice of Submission with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to persons electronically noticed.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to any non-CM/ECF participant.

      /s/ Sarah Brannon

8869933