UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TOM SCHEDLER, in his official capacity as the Louisiana Secretary of State, SUZY SONNIER, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2:11-cv-00926-JTM-JCW<br>Section "H" |

**ORDER**

On Plaintiffs' *Ex Parte* Consent Motion for Extension of Time to File Motion to Set Attorneys' Fees and Costs (the "Motion"), IT IS HEREBY ORDERED that Plaintiff's Motion is granted, and Plaintiffs' Motion to Set Attorneys' Fees and Costs shall be submitted for consideration by this Court on or before February 26, 2013, at 10:00 am.

　　This ___ day of February, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JANE TRICHE MILAZZO

8869929