UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>        Plaintiffs,<br><br> v.<br><br>TOM SCHEDLER, in his official capacity as the Louisiana Secretary of State, SUZY SONNIER, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals,<br><br>        Defendants. | Civil Action No. 2:11-cv-00926-JTM-JCW<br>Section "H" |

### *EX PARTE* CONSENT MOTION TO EXPEDITE SUBMISSION DATE OF PLAINTIFFS' *EX PARTE* CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SET ATTORNEYS' FEES AND COSTS

Plaintiffs Luther Scott, Jr. and the Louisiana State Conference of the NAACP ("Plaintiffs"), through undersigned counsel, file this *Ex Parte* Consent Motion to Expedite the Submission Date of Plaintiffs' *Ex Parte* Consent Motion for Extension of Time to File Motion to Set Attorneys' Fees and Costs (the "Motion").

1. The Motion was filed on Friday, February 8, 2013.

2. The Motion was not noticed for submission because all Defendants consent. If notice were needed, the next available date on the Honorable Judge Jane Triche Milazzo's motion submission calendar is February 27, 2012 at 10:00 a.m. *See* U.S. District Court for the Eastern District of Louisiana, Motion Days, Judge Jane Triche Milazzo Motion

Submission and Oral Argument Dates, http://www.laed.uscourts.gov/CASES/motions/MoHear_H.htm (last visited Feb. 8, 2013).

3. The Motion seeks an extension of time to file Plaintiffs' motion to set attorneys' fees and costs, as ordered by the Court in the Findings of Fact and Conclusions of Law (Doc. No. 436), from Tuesday, February 12, 2013, 21 days from the entry of that order, to Tuesday, February 26, 2013. Both dates are prior to the next available submission date.

WHEREFORE, Plaintiffs respectfully request that their *Ex Parte* Consent Motion for Extension Of Time to File Motion to Set Attorneys' Fees and Costs be expedited and submitted, without oral argument, on Monday, February 11, 2013 at 10:00 a.m. before the Honorable Judge Jane Triche Milazzo.

Dated: February 8, 2013

Respectfully submitted,

/s/ Sarah Brannon
Sarah Brannon (sbrannon@projectvote.org)*
Niyati Shah (nshah@projectvote.org)*
Michelle Rupp (mrupp@projectvote.org)*
Project Vote
1350 Eye Street NW , Suite 1250
Washington, DC 20005
202-546-4173
*MOTION FOR ADMISSION PRO HAC VICE GRANTED

Dale E. Ho (dho@naacpldf.org)*
Natasha M. Korgaonkar (nkorgaonkar@naacpldf.org)*
Debo P. Adegbile
Elise C. Boddie
Ryan P. Haygood (rhaygood@naacpldf.org)*
NAACP Legal Defense & Educational Fund, Inc. (New York)
99 Hudson Street, Suite 1600
New York, NY 10013

212-965-2200
*MOTION FOR ADMISSION PRO HAC VICE GRANTED

Ronald Lawrence Wilson
(cabral2@aol.com)
Ronald L. Wilson, Attorney at Law
701 Poydras Street, Suite 4100
New Orleans, LA 70139
504-525-4361

Michael B. de Leeuw
(michael.deleeuw@friedfrank.com)*
Israel David (israel.david@friedfrank.com)*
Erica Sollie*
Jesse Ryan Loffler*
David Yellin*
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
*MOTION FOR ADMISSION PRO HAC VICE GRANTED

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th of February, 2013, I electronically filed the foregoing Notice of Submission with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to persons electronically noticed.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to any non-CM/ECF participant.

      /s/ Sarah Brannon

8869903