UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP | CIVIL ACTION NO. 2:11-00926 JTM - JCW |
| v. | |
| TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, SUZY SONNIER, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals[1] | |

## NOTICE OF APPEAL

Notice is hereby given that Tom Schedler, in his official capacity as Louisiana Secretary of State ("Schedler"), defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from:

(1) ORDER granting in part and denying in part Motions to Dismiss Case (Doc 71);

(2) Order and Reasons (Doc 212) filed May 3, 2012, granting Plaintiffs' Cross Motion For Summary Judgment;

---

[1] The Complaint was originally filed as "ROY FERRAND, LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated v. TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals". Caption was changed by Order of District Court dated December 3, 2012 (Doc 435).

(3) "Findings of Fact and Conclusions of Law" (Doc 436) signed January 22, 2013, and filed January 23, 2013; and

(4) "Permanent Injunction" (Doc 437) rendered January 23, 2013.

Schedler further intends to move for a stay of the district court judgment pending appeal.

Respectfully Submitted:

s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
918 Government Street, Suite 101
P.O. Box 3036
Baton Rouge, LA 70821
Telephone: (225) 387-0511
Facsimile: (225) 387-1973
Email:  celiacan@bellsouth.net

s/Carey T. Jones
CAREY T. JONES
Bar Roll No. 07474
8115 Vincent Road
P.O. Box 700
Denham Springs, LA 70727
Telephone: (225) 664-0077
Facsimile:  (225) 664-9477
tjones@tomjoneslaw.com

*Attorneys for Defendant, Tom Schedler in his official capacity as Louisiana Secretary of State*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing "Notice of Appeal" was sent electronically or via U.S. First Class Mail, postage prepaid, to the following:

Ronald L. Wilson (cabral2@aol.com)
701 Poydras Street, Suite 4100
New Orleans, LA 70139

Dale Ho (dho@naacpldf.org)
Natasha Korgaonkar
(nkorgaonkar@naacpldf.org)
Ryan P. Haygood (rhaygood@naacpldf.org)
99 Hudson Street, Suite 1600
New York, NY 10013

Niyati Shah (nshah@projectvote.org)
Michelle Rupp (mrupp@projectvote.org)
Sarah Brannon (sbrannon@projectvote.org)
737 ½ 8th Street SE
Washington, DC 20003

Israel David (israel.david@friedfrank.com)
Michael B. De Leeuw
(michael.deleeuw@friedfrank.com)
Erica Sollie
One New York Plaza
New York, NY 10004

Charles L. Dirks, III
(charlie_dirks@excite.com)
P.O. Box 2667
Baton Rouge, LA 70821

Stephen R. Russo (stephen.russo@la.gov)
David McCay (david.mccay@la.gov)
Douglas L. Cade (douglas.cade@la.gov)
Kimberly L. Humbles (kim.humbles@la.gov)
Rebecca Claire Clement
(rebecca.clement@la.gov)
Brandon James Babineaux
(brandon.babineaux@la.gov)
Department of Health & Hospitals
Bureau of Legal Services
Bienville Blvd.
628 N. 4th Street
Baton Rouge, LA 70802

Harry Joseph Philips , Jr.
(skip.philips@taylorporter.com)
Amy C. Lambert
(amy.lambert@taylorporter.com)
Katia Desrouleaux
(katia.desrouleaux@taylorporter.com)
451 Florida St., 8th Floor
P. O. Box 2471
Baton Rouge, LA 70821

Celia Alexander (celia.alexander@la.gov)
Eboni Townsend (eboni.townsend@la.gov)
Bureau of General Counsel
Louisiana Department of Children and
Family Services
P.O. Box 1887
Baton Rouge, LA 70821

      Baton Rouge, Louisiana, this 19th of February, 2013.

                      s/Celia R. Cangelosi
                      CELIA R. CANGELOSI