UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY FERRAND, LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated | CIVIL ACTION NO. 2-11-00926 JTM-JCM<br><br>SECTION: H |
| v. | |
| TOM SCHEDLER, in his official capacity as the Louisiana Secretary of State, RUTH JOHNSON, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals | |

**CERTIFICATION OF DEFENDANT SUZY SONNIER**

Pursuant to this Court's Order (R. Doc. 437) and in accordance with this Court's Findings of Facts and Conclusions of Law in the above-referenced matter (R. Doc. 436), as Secretary of Department of Children and Family Services, I, Suzy Sonnier, hereby certify that the following programs are in compliance with the National Voter Registration Act ("NVRA):

A. Supplemental Nutritional Assistance Program (SNAP)
   (this includes Disaster Supplemental Nutritional Assistance Program (DSNAP) and the Louisiana Combined Application Project (LaCAP))
B. Kinship Care Subsidy Program (KCSP)
C. Child Care Assistance Program (CCAP)
D. Family Independence Assistance Program (FITAP)

Signed this 15th day of March, 2013 in Baton Rouge, Louisiana.

Suzy Sonnier, Secretary
Department of Children and Family Services
Office of the Secretary
627 N. 4th Street
Baton Rouge, Louisiana 70802

Respectfully Submitted:

**TAYLOR, PORTER, BROOKS & PHILLIPS LLP**

/s/ Harry J. "Skip" Philips, Jr.
Harry J. "Skip" Philips, Jr. (No. 2047)
Amy C. Lambert (No. 24348)
Katia Desrouleaux Bowman (No. 31700)
P. O. Box 2471 (70821-2471)
451 Florida Street, 8th Floor
Baton Rouge, LA 70801
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
skip.philips@taylorporter.com
amy.lambert@taylorporter.com
katia.bowman@taylorporter.com

*Counsel for Defendant, Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children & Family Services*

Charlie L. Dirks III (25650)
Celia M. Alexander, Bar Roll (27925)
Eboni M. Townsend (30094)
Bureau of General Counsel
Department of Children & Family Services
627 N. 4th Street, Fourth Floor (70802)
Post Office Box 1887
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1125
Facsimile: (225) 342-9139

*Attorneys for Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children & Family Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing "Certification of Defendant Suzy Sonnier" was filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all parties in this matter via electronic notification or otherwise.

Baton Rouge, Louisiana, this 15th day of March, 2013.

/s/ Harry J. "Skip" Philips, Jr.
Harry J. "Skip" Philips, Jr.