UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUTHER SCOTT, JR. ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-926** |
| **TOM SCHEDLER ET AL.** | **SECTION "H" (2)** |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiffs' objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. However, the Court also notes that Plaintiffs objection to an error in the mathematical calculations made by the Magistrate Judge is well founded.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Set Attorneys' Fees and Costs, Record Doc. No. 446, is GRANTED IN PART AND DENIED IN PART.  **IT IS FURTHER ORDERED** that defendants, Bruce Greenstein, in his official capacity as Secretary of the Louisiana Department of Health and Hospitals; Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children and Family Services; and Tom Schedler, in his official capacity as Louisiana Secretary of State, pay

to plaintiffs, Luther Scott, Jr. and the Louisiana State Conference of the NAACP, $355,489.38 in reasonable attorney's fees and $34,251.57 in reimbursable expenses.

New Orleans, Louisiana, this 22nd day of October, 2013.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**