UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUTHER SCOTT, JR., and LOUISIANA STATE CONFERENCE OF THE NAACP | CIVIL ACTION NO. 2:11-00926<br>JTM - JCW |
| v. | |
| TOM SCHEDLER in his official capacity as the Louisiana Secretary of State, SUZY SONNIER, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals, | |

NOTICE BY DEFENDANT, TOM SCHEDLER, OF
SUBMISSION OF MOTION FOR STAY OF ENFORCEMENT
OF ORDER AND JUDGMENT PENDING APPEALS WITHOUT
OBLIGATION OF POSTING *SUPERSEDEAS* APPEAL BOND

NOW INTO COURT, through undersigned counsel, comes Defendant, Tom Schedler, in his official capacity as Louisiana Secretary of State, who, pursuant to LR 7.2, notices his "Motion For Stay of Enforcement of Order and Judgment Pending Appeals Without Obligation of Posting *Supersedeas* Appeal Bond" filed on October 31, 2013 for submission on November 20, 2013, at 10:00 o'clock a.m.

**WHEREFORE,** Defendant, Tom Schedler, in his official capacity as Louisiana Secretary State, prays that his "Motion For Stay of Enforcement of Order and Judgment Pending Appeals Without Obligation of Posting *Supersedeas* Appeal Bond" be noticed for submission on November 20, 2013 at 10:00 o'clock a.m.

Respectfully Submitted:

s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
918 Government Street, Suite 101
P.O. Box 3036
Baton Rouge, LA 70821
Telephone: (225) 387-0511
Facsimile: (225) 387-1973
Email:  celiacan@bellsouth.net

s/Carey T. Jones
CAREY T. JONES
Bar Roll No. 07474
1234 Del Este Avenue, Suite 803
P.O. Box 700
Denham Springs, LA 70727
Telephone: (225) 664-0077
Facsimile:   (225) 664-9477
tjones@tomjoneslaw.com

*Attorneys for Defendant, Tom Schedler in his official capacity as Louisiana Secretary of State*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing "Notice by Defendant, Tom Schedler, of Submission of Motion for Stay of Enforcement of Order and Judgment Pending Appeals Without Obligation of Posting *Supersedeas* Appeal Bond" was sent electronically or via U.S. First Class Mail, postage prepaid, to the following:

Ronald L. Wilson (cabral2@aol.com)
701 Poydras Street, Suite 4100
New Orleans, LA 70139

Natasha Korgaonkar
(nkorgaonkar@naacpldf.org)
Ryan P. Haygood (rhaygood@naacpldf.org)
99 Hudson Street, Suite 1600
New York, NY 10013

Niyati Shah (nshah@projectvote.org)
Michelle Rupp (mrupp@projectvote.org)
Sarah Brannon (sbrannon@projectvote.org)
737 ½ 8th Street SE
Washington, DC 20003

Israel David (israel.david@friedfrank.com)
Michael B. De Leeuw
(michael.deleeuw@friedfrank.com)
Jesse Loffler (jesse.loffler@friedfrank.com)
One New York Plaza
New York, NY 10004

Charles L. Dirks, III
(charliedirks@gmail.com)
P.O. Box 3233
Baton Rouge, LA 70821

Stephen R. Russo (stephen.russo@la.gov)
David McCay (david.mccay@la.gov)
Douglas L. Cade (douglas.cade@la.gov)
Kimberly L. Humbles (kim.humbles@la.gov)
Rebecca Claire Clement
(rebecca.clement@la.gov)
Brandon James Babineaux
(brandon.babineaux@la.gov)
628 N. 4th Street
Baton Rouge, LA 70802

Harry Joseph Philips , Jr.
(skip.philips@taylorporter.com)
Amy C. Lambert (amy.lambert@taylorporter.com)
Katia Desrouleaux
(katia.desrouleaux@taylorporter.com)
451 Florida St., 8th Floor
P. O. Box 2471
Baton Rouge, LA 70821

Celia Alexander (celia.alexander@la.gov)
Eboni Townsend (eboni.townsend@la.gov)
P.O. Box 1887
Baton Rouge, LA 70821

      Baton Rouge, Louisiana, this 31st day of October, 2013.

                                          s/Celia R. Cangelosi
                                          CELIA R. CANGELOSI