UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUTHER SCOTT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-926** |
| **TOM SCHEDLER, ET AL** | **SECTION "H"(2)** |

## AMENDED PERMANENT INJUNCTION

On January 22, 2013, this Court entered a Permanent Injunction (Doc. 437) against Defendants Tom Schedler, in his official capacity as the Louisiana Secretary of State, Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children and Family Services, and Bruce Greenstein, in his official capacity as Secretary of the Louisiana Department of Health and Hospitals. Schedler appealed the Court's injunction.[1] The Fifth Circuit held that this Court lacked jurisdiction to consider Plaintiffs' challenge related to remote transactions and that the Court's decision regarding the effect of

---

[1] Sonnier and Greenstein did not appeal. Therefore, the original Injunction remains in full effect as to them.

1

checking neither box on the declination form was incorrect.[2]  The Court's Injunction was affirmed in all other respects.  The Fifth Circuit remanded the matter to this Court for entry of an amended injunction in accordance with its opinion.

As the Court previously held, and the Fifth Circuit affirmed, Schedler has violated certain requirements of the National Voter Registration Act, 42 U.S.C. § 1973gg, *et seq.*, specifically including his obligation to coordinate and to enforce National Voter Registration Act compliance for relevant agencies and offices in Louisiana.

Accordingly, **IT IS HEREBY ORDERED:**

That, in accord with the Fifth Circuit Opinion issue in this matter, the Secretary of State is directed to maintain in force and effect his or her policies, procedures, and directives, as revised, relative to the implementation of the National Voter Registration Act with respect coordination of the National Voter Registration Act within Louisiana.

New Orleans, Louisiana, on this 10th day of July, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[2] *See Scott v. Schedler*, 771 F.3d 831 (5th Cir. 2014).