UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUTHER SCOTT, JR. ET AL.                    CIVIL ACTION

VERSUS                                       NO. 11-926

TOM SCHEDLER ET AL.                          SECTION "H" (2)

## AMENDED JUDGMENT

In accordance with the prior orders of this court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff, the Louisiana State Conference of the NAACP, and against defendants, Tom Schedler, in his official capacity as Louisiana Secretary of State; Bruce Greenstein, in his official capacity as Secretary of the Louisiana Department of Health and Hospitals;[1] and Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children and Family Services, in the full amount of $94,797.17 in reasonable attorney's fees and $9,133.75 in reimbursable expenses.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiffs, Luther Scott, Jr. and the Louisiana State Conference of the NAACP, and against defendants Greenstein, in his official capacity as Secretary of the Louisiana Department of Health and Hospitals; and Sonnier, in her official capacity as Secretary of the Louisiana Department of Children and Family Services, in the

---

[1] Kathy Kliebert currently serves as the Secretary of the DHH.

amounts of $236,992.92 in reasonable attorney's fees and $22,834.38 in reimbursable expenses.

New Orleans, Louisiana, this ___22nd___ day of ___February___, 2016.

    _____
    JANE TRICHE MILAZZO
    UNITED STATES DISTRICT JUDGE