UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | |
|---|---|
| **LUTHER SCOTT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-926** |
| **TOM SCHEDLER, ET AL** | **SECTION "H"(2)** |

## AMENDED PERMANENT INJUNCTION

On July 10, 2015, this Court entered an Amended Injunction (Doc. 538) against Defendant Tom Schedler, in his official capacity as the Louisiana Secretary of State. Schedler appealed the Court's amended injunction. The Fifth Circuit held that the injunction as amended was overly vague and remanded for clarification. The parties have stipulated to a proposed amended injunction. The Court has reviewed the proposal and finds that it in compliance with the judgment of the Fifth Circuit. Accordingly, the Amended Injunction is modified as follows;

**CONSIDERING** the mandate of the Fifth Circuit Court of Appeals issued on July 7, 2016, and this Court's findings of fact and conclusions of law:

1

**JUDGMENT IS HEREBY RENDERED** in favor of the Louisiana State Conference of the NAACP, and accordingly, Tom Schedler, in his official capacity as Louisiana Secretary of State, is enjoined to adopt and maintain in force and effect rules, that by virtue of this Order shall be binding and enforceable, governing NVRA compliance by the Louisiana Department of Health and Hospitals and Department of Children and Family Services for in person transactions at agency offices with respect to each application for service or assistance, each recertification, renewal or change of address form relating to such service or assistance, unless the service or benefit applicant declines voter registration services in writing by returning a voter declination/declaration form to the agency at the time of the subject transactions.

**IT IS FURTHER ORDERED** that such rules shall include provisions for periodic NVRA training, monitoring of agency compliance, and enforcement of compliance for in person transactions at agency offices.

**IT IS FURTHER ORDERED** that, in light of the parties' stipulation, Schedler's Motion to Modify Injunction (Doc. 563) is **DENIED AS MOOT**.

New Orleans, Louisiana, on this 11th day of August, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

2