IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUTHER SCOTT, ET AL. | ) |
| *Plaintiff,* | ) CIVIL ACTION NO. 11-926 |
| v. | ) SECTION "H" (2) |
| TOM SCHEDLER, ET AL. | ) JUDGE JANE TRICHE MILAZZO |
| *Defendant.* | ) |

## ORDER

On motion of Sarah Brannon, pursuant to Local Rule 83.2.11, to withdraw her appearance as counsel for Plaintiffs the Louisiana State Conference of the NAACP and Luther Scott, Jr.

IT IS ORDERED that the motion is GRANTED.

This __1st__ day of _____June_____, 2017

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA